# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-2022
_____

SHELDON LEE HUTCHINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
J. Scott Duncan, Judge.

September 19, 2022


PER CURIAM.

AFFIRMED.

ROWE, C.J., and ROBERTS and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jonathan Mills, Orlando, for Appellant; and Sheldon Lee Hutchins, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.